# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN C. MURPHY, | ) NO. CV 08-1313 GPS (FMO) |
|       Petitioner, | ) |
|       v. | ) **JUDGMENT** |
| DEBRA DEXTER, Warden, | ) |
|       Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 10, 2008.

*GEORGE P. SCHIAVELLI*

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE