1
2
3
4
5
6
7
8                              **UNITED STATES DISTRICT COURT**
9                              **CENTRAL DISTRICT OF CALIFORNIA**
10
11    DEVIN C. MURPHY,                       )    NO. CV 08-1313 ODW (FMO)
                                             )
12                   Petitioner,             )
                                             )
13          v.                               )    **JUDGMENT FOLLOWING REMAND**
                                             )
14    GARY SANDOR, Warden,                   )
                                             )
15                   Respondent.             )
                                             )
16    _____   )

17          IT IS ADJUDGED that Judgment shall be entered granting petitioner's Petition for Writ of

18    Habeas Corpus by a Person in State Custody unless the Los Angeles County Superior Court

19    resentences petitioner in a manner consistent with <u>Murphy v. Sandor</u>, 2011 WL 3605253, at *1

20    (9th Cir. 2011) (unpublished disposition) within ninety (90) days of entry of this Judgment

21    Following Remand.

22

23    DATED: September 21, 2011.

24                                                _____
25                                                        OTIS D. WRIGHT II
                                                    UNITED STATES DISTRICT JUDGE
26
27
28