# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN C. MURPHY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GARY SANDOR, Warden,<br><br>　　　　Respondent. | NO. CV 08-1313 ODW (FMO)<br><br>**JUDGMENT FOLLOWING REMAND** |

　　IT IS ADJUDGED that Judgment shall be entered granting petitioner's Petition for Writ of Habeas Corpus by a Person in State Custody unless the Los Angeles County Superior Court resentences petitioner in a manner consistent with <u>Murphy v. Sandor</u>, 2011 WL 3605253, at *1 (9th Cir. 2011) (unpublished disposition) within ninety (90) days of entry of this Judgment Following Remand.

DATED: September 21, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE